**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIRO MUNOZ GARZA, | ) | 1:07-cv-00252-AWI-TAG HC |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Petitioner, | ) | RECOMMENDATION (Doc. 10) |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS (Doc. 1) |
| | ) | |
| UNKNOWN, | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 18, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the petition for writ of habeas corpus be dismissed as duplicative of case no. 1:06-cv-01256-LJO-TAG. (Doc. 10). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within ten days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

1  a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that
2  the Magistrate Judge's Findings and Recommendation is supported by the record and proper
3  analysis.
4        Accordingly, IT IS HEREBY ORDERED that:
5    1.    The Findings and Recommendations filed January 18, 2008 (Doc. 10), is
6        ADOPTED IN FULL;
7    2.    This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
8    3.    The Clerk of Court is DIRECTED to close this file.
9    This order terminates the action in its entirety.
10
11  IT IS SO ORDERED.
12  **Dated:   March 7, 2008**                        /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE
13